BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT CYBER-SECURITY INCIDENTS | MDL Docket No. _____ |

**MOTION OF FEDERAL DEFENDANTS FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

PAUL G. FREEBORNE
Senior Trial Counsel
ANDREW E. CARMICHAEL
MATTHEW A. JOSEPHSON
JOHN K. THEIS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530
Tel: (202) 514-3770
Email: andrew.e.carmichael@usdoj.gov

*Attorneys for Federal Defendants*

Defendants, the United States Office of Personnel Management ("OPM"), Acting Director of OPM Beth F. Cobert,[1] and Chief Information Officer of OPM Donna Seymour (collectively, "Federal Defendants") respectfully move the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, for an order transferring the actions listed on the Schedule of Actions (the "Related Actions") attached to the accompanying memorandum to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings. The cases at issue all relate to identical or similar claims flowing from cyber-security incidents involving OPM data. The reasons supporting consolidation and transfer are set forth in the accompanying memorandum.

WHEREFORE, the Federal Defendants respectfully request that the Panel issue an Order transferring the actions listed in the accompanying Schedule of Actions, as well as any subsequently filed related actions, for coordinated or consolidated pretrial proceedings in the United States District Court for the District of Columbia.

Dated: July 29, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Andrew E. Carmichael*
PAUL G. FREEBORNE
Senior Trial Counsel
ANDREW E. CARMICHAEL
MATTHEW A. JOSEPHSON
JOHN K. THEIS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting OPM Director Beth F. Cobert has been substituted as a defendant in place of former OPM Director Katherine Archuleta.

2

20 Massachusetts Avenue, NW, Room 7218
Washington, DC 20530
Tel: (202) 514-3770
Email:  andrew.e.carmichael@usdoj.gov

*Attorneys for Federal Defendants US Office of Personnel Management, Beth F. Cobert, and Donna Seymour*

2