# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY BREACH
LITIGATION**                                                          MDL No. 2664

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On October 9, 2015, the Panel transferred 2 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Amy Berman Jackson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Jackson.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of October 9, 2015, and, with the consent of that court, assigned to the Honorable Amy Berman Jackson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 27, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT DATA SECURITY BREACH
LITIGATION**                                         MDL No. 2664

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA CENTRAL**

| CAC | 2 | 15−06045 | Michael Hanagan v. United States Office of Personnel Management et al |

**COLORADO**

| CO | 1 | 15−01705 | McGarry v. U.S. Office of Personnel Management et al |

**GEORGIA NORTHERN**

| GAN | 1 | 15−02986 | Cox v. United States Office of Personnel Management et al |

**IDAHO**

| ID | 2 | 15−00302 | Hobbs v. United States Office of Personnel Management et al |

**MASSACHUSETTS**

| MA | 1 | 15−13426 | SIMS v. UNITED STATES OF AMERICA, OFFICE OF PERSONNEL MANAGEMENT et al |

**VIRGINIA EASTERN**

| VAE | 1 | 15−01202 | Oravis et al v. United States of America, Office of Personnel Management et al |